**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7003**
_____

ROGER CARL BERRY,

             Plaintiff - Appellant,

        v.

BEVERLY EAVES PERDUE; ALVIN W. KELLER; MARY S. POLLARD; KEN
BUTLER; EXECUTIVE DIRECTOR, North Carolina Prisoner Legal
Services,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:10-ct-03154-FL)

_____

Submitted: February 16, 2012      Decided: February 21, 2012

_____

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Roger Carl Berry, Appellant Pro Se.   Elizabeth F. Parsons,
Assistant Attorney General, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Carl Berry seeks to appeal the district court's order dismissing his claims against four defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Berry seeks to appeal is neither a final order[*] nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Berry's motion to compel legal documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the order dismissed claims against certain defendants, it was not certified as final under Fed. R. Civ. P. 54(b).